

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-17-00331-CV

| | | |
|---|---|---|
| Louisiana C Store Wholesaler, Inc. | § | From the 153rd District Court |
| | § | of Tarrant County (153-291477-17) |
| v. | § | June 21, 2018 |
| Royal Nett Apparel, LLC | § | Opinion by Justice Walker |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that appellant Louisiana C Store Wholesaler, Inc. shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Sue Walker_____
        Justice Sue Walker